**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ADUNOLA J. BELLO, | : | Civil No. 1:24-CV-01569 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MIDLAND MORTGAGE, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 25th day of September, 2026, in accordance with the accompanying memorandum of law, **IT IS ORDERED AS FOLLOWS**:

1) Defendant's objections, Doc. 65, are **SUSTAINED IN PART**.

2) The report and recommendation, Doc. 64, is **ADOPTED IN PART**. Specifically, the court **ADOPTS** Sections I, II, III(B)(2), and a portion of III(A) and III(B)(3). The court **DECLINES TO ADOPT** all other portions of the report and recommendation.

3) Defendant's motion to dismiss, Doc. 59, is **GRANTED**.

4) Plaintiff's intentional infliction of emotional distress claim is **DISMISSED WITH PREJUDICE**. Plaintiff's remaining claims are **DISMISSED WITHOUT PREJUDICE**.

5) Plaintiff may file a second amended complaint within **21 days** of this order. If a second amended complaint is not filed, the Clerk of Court is directed to close this case.

6) This matter is referred back to Judge Camoni for pretrial management.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania